UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JORGE LUIS MARTINEZ CASADO
MORALES,

       Petitioner,

    v.                     Case No.:  2:26-cv-01587-SPC-KRH

WARDEN, SOUTH FLORIDA
DETENTION CENTER *et al.*,

       Respondents,

                                  /

## OPINION AND ORDER

Before the Court are petitioner Jorge Luis Martinez Casado Morales's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Martinez Casado Morales is a native of Cuba who was admitted into the United States as a lawful permanent resident on September 22, 2005. Following two convictions for possession of cannabis, an immigration judge ordered him removed to Cuba on August 25, 2014. Immigration and Customs Enforcement ("ICE") placed Martinez Casado Morales on an order of supervision. Martinez Casado Morales has been convicted of multiple crimes since then, including trespassing, battery, and five counts of petit theft. He finished his latest jail sentence in February 2026, and ICE took him into custody.

On February 24, 2026, ICE notified Martinez Casado Morales it revoked his release under 8 C.F.R. § 241.13(i) because his 2015 arrest and conviction for petit theft violated a condition of release. ICE conducted an informal interview the next day. Martinez Casado Morales argues his detention is unlawful because there is no significant likelihood of removal in the reasonably foreseeable future.

Even assuming there is no significant likelihood of removal in the reasonably foreseeable future, Martinez Casado Morales's current detention is lawful. 8 C.F.R. § 241.13(i) allows ICE to revoke release when a noncitizen violates a condition of release. Martinez Casado Morales violated a condition of his release by committing petit theft. ICE complied with § 241.13(i) by providing Martinez Casado Morales written notice of the reason for revocation and a prompt opportunity to address it in an informal interview. Martinez Casado Morales "may be continued in detention for an additional six months in order to effect [his] removal, if possible, and to effect the conditions under which [he] had been released." 8 C.F.R. § 241.13(i)(1). After that six-month period, Martinez Casado Morales may request review of his detention by the HQPDU. *See* 8 C.F.R. § 241.13(j).

It appears ICE has thus far complied with the applicable regulation and afforded Martinez Casado Morales the process he is due. His detention is lawful.

Accordingly, it is hereby

**ORDERED:**

Jorge Luis Martinez Casado Morales' Petition for Writ of Habeas Corpus

(Doc. 1) is **DENIED**.   The Clerk is **DIRECTED** to terminate any pending

motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 28, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record